IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-33-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SHERMARQUETTE BERNARD WHITAKER, ) | |
| ) | |
| Defendant. ) | |

The United States SHALL file a response to defendant's motions to vacate [D.E. 184, 188] not later than September 21, 2025.

SO ORDERED. This 21 day of August, 2025.

JAMES C. DEVER III
United States District Judge