IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CR-33-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHERMARQUETTE BERNARD WHITAKER, | ) | |
| | ) | |
| Defendant. | ) | |

On January 12, 2026, the court provided defendant with notice under Castro v. United States, 540 U.S. 375, 381–83 (2003). See [D.E. 207]. On January 16, 2026, defendant declined to have the court convert his motion into a motion under 28 U.S.C. § 2255 because such a motion would be time barred. See [D.E. 208] 1–2. Instead, defendant wishes to proceed under 28 U.S.C. § 2241. See id. at 3–6.

Defendant's claim under 28 U.S.C. § 2241 fails. See, e.g., Jones v. Hendrix, 599 U.S. 465, 469–80 (2023). Alternatively, and in any event, the court had subject-matter jurisdiction over defendant's criminal case. See 18 U.S.C. § 3231.

In sum, the court DISMISSES defendant's motion under 28 U.S.C. § 2241 and DENIES a certificate of appealability.

SO ORDERED. This 29 day of January, 2026.

JAMES C. DEVER III
United States District Judge